492 F.2d 796
 86 L.R.R.M. (BNA) 2208, 73 Lab.Cas. P 14,475
 NATIONAL LABOR RELATIONS BOARD, Petitioner-Cross Respondent,
v.
BOGART SPORTSWEAR MFG. CO., INC., Respondent, International
Ladies' Garment Workers Union, Intervenor-Cross Petitioner.
 No. 72-2211.
 United States Court of Appeals, Fifth Circuit.
 April 15, 1974, Rehearing Denied June 7, 1974.
 
 Marcel Mallet-Prevost, Asst. General Counsel, N.L.R.B., Washington, D.C., Elmer P. Davis, Director, Region 16, N.L.R.B., Fort Worth, Tex., William R. Stewart, Washington, D.C., for petitioner.
 G. William Baab, Dallas, Tex., for International Ladies' Garment Workers Union.
 Harold E. Mueller, Karl H. Mueller, Fort Worth, Tex., for respondent.
 Before AINSWORTH, GODBOLD and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 Pursuant to the mandate of this court in NLRB v. Bogart Sportswear Mfg. Co., Inc., 485 F.2d 1203 (C.A.5, 1973), the Board has amended its order and, as so amended, it is enforced.